ACCEPTED
06-14-00131-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/17/2015 9:55:57 AM
DEBBIE AUTREY
CLERK

# IN THE COURT OF APPEALS
## SIXTH APPELLATE DISTRICT OF TEXAS
## AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/17/2015 9:55:57 AM
DEBBIE AUTREY
Clerk

**NO: 06-14-00131-CR**

**CORNELL DUPREE MCHENRY, APPELLANT**

**VS.**

**THE STATE OF TEXAS, APPELLEE**

**Appeal from the 202nd District Court
Of Bowie County, Texas**

**MOTION FOR LEAVE TO FILE LATE BRIEF,**

Bart C. Craytor
bcraytor@gmail.com
Texas Bar No: 24014210

LESHER & McCOY
126 West Second Street
Mount Pleasant, Texas  75455

Tel: 903.572.2889
Fax: 866-314-2960

**ATTORNEY FOR APPELLANT**

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW the Defendant/Appellant by and through his below named Attorney and for his

Motion for Belated Filing of Appellant's Brief states as

follows:

I.

1. This case is pending from the 202nd Judicial District of Bowie County, Texas.

2. The case is styled State of Texas v. Cornell McHenry, Cause No. 13F00017-202.

3. Appellant was found guilty to the offense of Possession of a Controlled

Substance and sentenced to twenty-five (25) years, in the Institutional Division of the

Texas Department of Criminal Justice.

4. Appellant's Brief was due on December 2, 2014

5. Appellant has now completed his brief and requests leave of this Court for the belated filing of

the same. Appellant's completed brief is filed simultaneously with this Motion.

6. The Brief was not timely prepared in this matter due to the press of the business, both trial and appellate. Additionally there were issues unique and of a first nature to Counsel for Appellant which increased the time necessary for research and added to the complexity of the Brief. Furthermore, Counsel attended continuing education a part of which assisted in preparing the Brief.


        Respectfully Submitted,

        Bart C. Craytor
        LESHER & McCOY
        126 West Second Street

Mount Pleasant, Texas  75455
Tel: 903.572.2889
Fax: 866.314.2960
e-mail: bcraytor@gmail.com

BY: _____

Bart C. Craytor
Texas Bar No: 24014210


ATTORNEY FOR APPELLANT

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing has been served upon the following names and addresses on this 17th day of January, 2015.

Mr. Jerry Rochelle
Bowie County District Attorney
Bowie County Plaza
601 Main Street
Texarkana, Texas  75501
Tel: 903.735.4800
Fax: 903.735.4819

_____
Bart C. Craytor